## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KENNETH MULLINS,

      Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.,
and SYNDICATED OFFICE
SYSTEMS, INC. d/b/a CENTRAL
FINANCIAL CONTROL

      Defendants.

Civil Action No.
1:11-CV-02487-TWT-ECS

## ANSWER AND AFFIRMATIVE DEFENSES OF
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

NOW COMES defendant Experian Information Solutions, Inc., ("Experian"),

by its undersigned counsel, and in answer to Kenneth Mullins' ("Plaintiff")

Complaint ("Complaint"), states as follows:

### I.    Preliminary Statement

1.    In response to paragraph 1 of the Complaint, Experian admits that

Plaintiff purports to bring claims based on the Fair Debt Collection Practices Act

("FDCPA"), 15 U.S.C. § 1692, *et seq.*, the Fair Credit Reporting Act ("FCRA"), 15

U.S.C. § 1681 *et seq.* and various state laws.  Experian further states that these are

legal conclusions which are not subject to denial or admission.

## II.    Jurisdiction and Venue

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction under 15 U.S.C. § 1681p, 28 U.S.C. § 1331, 1337 and 1367.  Experian further states that these are legal conclusions which are not subject to denial or admission.

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged proper venue under 28 U.S.C. § 1391(b).  Experian further states that these are legal conclusions which are not subject to denial or admission.

## III.   Parties

4.      In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to paragraph 6 of the Complaint, Experian states that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.

ATI-2486353v1

Experian further admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d) in the state of Georgia.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7.      In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## IV.    Factual Allegations

8.      In response to paragraph 8 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 8 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.      In response to paragraph 9 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in

- 3 -

paragraph 9 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 11 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

- 4 -

13.     In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.     In response to paragraph 14 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 14 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

ATI-2486353v1

17.     In response to paragraph 17 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 17 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to paragraph 18 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 18 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

ATI-2486353v1

20.    In response to paragraph 20 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 20 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I—EQUIFAX AND EXPERIAN: VIOLATIONS OF THE FCRA

21.    Experian incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 20 above for its response to paragraph 21 of the Complaint.

22.    Experian admits the allegations in paragraph 22 of the Complaint.

23.    Experian admits the allegations in paragraph 23 of the Complaint.

24.    In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.    In response to paragraph 25 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and

ATI-2486353v1

specifically, each and every allegation.  To the extent that the allegations contained in paragraph 25 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 26 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that Plaintiff is entitled to any of the relief sought whatsoever in his Complaint.

## COUNT II—SOS: VIOLATIONS OF THE FCRA

27.     Experian incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 26 above for its response to paragraph 27 of the Complaint.

28.     In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that Plaintiff is entitled to any of the relief sought whatsoever in his Complaint.

## COUNT III—SOS: VIOLATIONS OF THE FDCPA

31.     Experian incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 30 above for its response to paragraph 31 of the Complaint.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

ATI-2486353v1

33.     In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

ATI-2486353v1

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that Plaintiff is entitled to any of the relief sought whatsoever in his Complaint.

## COUNT IV—SOS, EQUIFAX AND EXPERIAN: VIOLATIONS OF THE GEORGIA FAIR BUSINESS PRACTICES ACT

39.     Experian incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 38 above for its response to paragraph 39 of the Complaint.

40.     In response to paragraph 40 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 40 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation.  To the extent that the allegations contained in paragraph 41 apply to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that Plaintiff is entitled to any of the relief sought whatsoever in his Complaint.

## VI.   Jury Trial Demand

42.     Experian admits that Plaintiff has demanded a trial by jury.

## VII.   Prayer for Relief

In response to the unnumbered paragraph starting with "WHEREFORE" and its subparts (a) through (i), Experian denies that Plaintiff is entitled to any of the relief sought whatsoever in this paragraph or elsewhere in his Complaint.

## ADDITIONAL RESPONSE

Experian denies each allegation of the Complaint not specifically admitted above and denies that Plaintiff is entitled to any of the relief or damages he seeks in this action.

ATI-2486353v1

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

ATI-2486353v1

## SIXTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. §1681p.

## TENTH AFFIRMATIVE DEFENSE

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

- 14 -

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's state law claims are preempted to the extent they are inconsistent with the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.* ("FCRA").  Experian's conduct is governed by the Fair Credit Reporting Act and Experian acted at all times in compliance with the Fair Credit Reporting Act.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims for exemplary or punitive damages violate the Fourteenth Amendment, the excessive fines clause of the Eighth Amendment, and the Due Process Clause of the United States Constitution, and violate the Constitution and laws of the State of Georgia.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were not caused by Experian, but by an independent intervening cause.

## FOURTEENTH AFFIRMATIVE DEFENSE

In the event that a settlement is reached between Plaintiff and any other party, Experian is entitled to any settlement credits permitted by law.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the privileges afforded Experian by the FCRA and by common law.

ATI-2486353v1

## SIXTEENTH AFFIRMATIVE DEFENSE

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

    (1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

    (2)    For costs of suit and attorneys' fees herein incurred; and

For other and further relief as the Court may deem just and proper.

Dated: September 6, 2011          Respectfully submitted,

/s/ Jimmy Williams
Jimmy Williams
GA Bar # 812411
E-mail:  jrwilliams@jonesday.com

JONES DAY
Attorneys for Experian Information
Solutions, Inc.
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Phone (404) 581-3939
Fax (404) 581-8330

ATI-2486353v1

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will

automatically send e-mail notification of such filing to the following counsel of

record:

> James M. Feagle, Esq.
> Skaar & Feagle, LLP
> 108 E. Ponce de Leon Ave.
> Suite 204
> Decatur, GA 30030
> Telephone : (770) 420-5600
> *Attorney for Plaintiff*

> /s/ Jimmy Williams
> Jimmy Williams
> GA Bar # 812411
> E-mail:  jrwilliams@jonesday.com
>
> JONES DAY
> Attorneys for Experian Information
> Solutions, Inc.
> 1420 Peachtree Street, N.E., Suite 800
> Atlanta, Georgia 30309
> Phone (404) 581-3939
> Fax (404) 581-8330