THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH MULLINS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., and SYNDICATED OFFICE SYSTEMS, INC. d/b/a CENTRAL FINANCIAL CONTROL<br><br>    Defendants. | Civil Action No.<br>1:11-CV-02487-TWT-ECS |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Defendant Experian Information Solutions, Inc. ("Experian") submits its Certificate of Interested Persons:

**1.    The undersigned counsel of record for Experian Information Solutions, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

   **Plaintiff:** Kenneth Mullins

   **Defendant:** Equifax Information Services, LLC

ATI-2486367v1

- 2 -

**Defendant:** Experian Information Solutions, Inc.  The ultimate parent company of Experian Information Solutions, Inc. is Experian plc.  Experian plc owns one hundred (100) percent of Experian Information Solutions, Inc.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

**Defendant:** Syndicated Office Systems, Inc.

**2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

(a) First American Real Estate Solutions, LLC

(b) First American Real Estate Solutions II, LLC

(c) Vehicle Title, LLC

(d) Central Source LLC

(e) Online Data Exchange LLC

(f) New Management Services LLC

(g) VantageScore Solutions LLC

- 3 -

(h) Opt-Out Services LLC

3. **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Jimmy Williams and the law firm of JONES DAY, Counsel for Defendant Experian Information Solutions, Inc.

Alan H. Garber and THE GARBER LAW FIRM, PC, Counsel for Defendant Sydnicated Office Systems, Inc.

James M. Feagle and the law firm of Skaar & Feagle, LLP, Counsel for Plaintiff.

Dated: September 6, 2011            Respectfully submitted,

/s/ Jimmy Williams
Jimmy Williams
GA Bar # 812411
E-mail:  jrwilliams@jonesday.com

JONES DAY
Attorneys for Experian Information
Solutions, Inc.
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Phone (404) 581-3939
Fax (404) 581-8330

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

>James M. Feagle, Esq.
>Skaar & Feagle, LLP
>108 E. Ponce de Leon Ave.
>Suite 204
>Decatur, GA 30030
>Telephone : (770) 420-5600
>*Attorney for Plaintiff*

>>/s/ Jimmy Williams
>>Jimmy Williams
>>GA Bar # 812411
>>E-mail: jrwilliams@jonesday.com

>>JONES DAY
>>Attorneys for Experian Information Solutions, Inc.
>>1420 Peachtree Street, N.E., Suite 800
>>Atlanta, Georgia 30309
>>Phone (404) 581-3939
>>Fax (404) 581-8330