```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

KENNETH MULLINS,                    :
                                    :
     Plaintiff,                     :
                                    :       CIVIL ACTION
v.                                  :
                                    :       NO. 1:11-CV-2487-TWT-ECS
EQUIFAX INFORMATION SERVICES,       :
LLC;                                :
EXPERIAN INFORMATION SOLUTIONS,     :
INC.;                               :
SYNDICATED OFFICE SYSTEMS,          :
INC., d/b/a CENTRAL FINANCIAL       :
CONTROL;                            :
                                    :
     Defendants.                    :
```

### FINAL REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Court having been advised by counsel for Syndicated Office Systems, Inc., the sole Defendant remaining in this matter, that the parties have reached a settlement,

**IT IS RECOMMENDED** that this action be **ADMINISTRATIVELY CLOSED.**[1] The Court retains complete jurisdiction to vacate this order and to re-open the action upon cause shown within ninety (90) days from this date that settlement has not been completed and further

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes. It does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods while the case is administratively closed.

litigation is necessary. The parties may also file a stipulation of dismissal with prejudice during this time.

There being no more claims to adjudicate, the Clerk is **DIRECTED** to terminate the reference to the undersigned magistrate judge.

**SO REPORTED AND RECOMMENDED**, this 26th day of June, 2013.

                                       s/ *E. Clayton Scofield*
                                       E. CLAYTON SCOFIELD III
                                       UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)