IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH MULLINS,

   Petitioner,

    v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-2487-TWT

## ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 131] of the Magistrate Judge recommending closing this case administratively. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 26 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Mullins\r&r.wpd